No. 308. El Pueblo *v.* Batlle.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en enero 17,

1911. Confirmada la sentencia apelada. Abogados del apelante: *Sres. Pascasio Fajardo y Leopoldo Feliú.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

